**CONFORMED COPY**

HAYNES AND BOONE, LLP
Kenneth G. Parker/Bar No. 182911
 kenneth.parker@haynesboone.com
Alan R. Wechsler/Bar No. 213701
 alan.wechsler@haynesboone.com
18100 Von Karman, Suite 750
Irvine, CA 92612
(949) 202-3000

Attorneys for Plaintiff
MIXED CHICKS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXED CHICKS LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>       vs.<br><br>SALLY BEAUTY SUPPLY LLC, a Delaware limited liability company; SALLY HOLDINGS LLC, a Delaware limited liability company; SILK ELEMENTS, INC., a Delaware corporation; and DOES 1-20, inclusive,<br><br>       Defendants. | Case No. SACV11-00452 AG (FMOx)<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF:**<br><br>**(1) TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**<br>**(2) TRADE DRESS INFRINGEMENT (15 U.S.C. § 1125(a));**<br>**(3) TRADEMARK INFRINGEMENT (CALIFORNIA LAW); AND**<br>**(4) COMMON LAW UNFAIR COMPETITION**<br><br>**JURY TRIAL DEMANDED** |

1    Plaintiff Mixed Chicks LLC ("Mixed Chicks"), for its claims against
2  defendants Sally Beauty Supply LLC ("Sally Beauty Supply"), Sally Holdings
3  LLC ("Sally Holdings"), Silk Elements, Inc. ("Silk Elements"), and DOES 1
4  through 20, inclusive (collectively, "Defendants"), alleges as follows:

5                      **JURISDICTION AND VENUE**

6         1.     Mixed Chicks files this action against Defendants for trademark
7  and trade dress infringement under the Lanham Act (15 U.S.C. § 1051 *et seq.*) and
8  under the common law of the State of California, and for related claims of unfair
9  competition under the common law of the State of California.  This Court has
10  subject matter jurisdiction over the trademark and trade dress claims under 28
11  U.S.C. §§ 1331 and 1338(a), and over the remaining claims under 28 U.S.C.
12  §§ 1338(b) and 1367(a).

13        2.     Mixed Chicks is informed and believes, and based thereon
14  alleges, that Defendant Sally Beauty Supply is a limited liability company doing
15  business in this judicial district and is thus subject to personal jurisdiction here.

16        3.     Mixed Chicks is informed and believes, and based thereon
17  alleges, that Defendant Sally Holdings is a limited liability company doing
18  business in this judicial district and is thus subject to personal jurisdiction here.

19        4.     Mixed Chicks is informed and believes, and based thereon
20  alleges, that Defendant Silk Elements is a corporation doing business in this
21  judicial district and is thus subject to personal jurisdiction here.

22        5.     This action arises out of wrongful acts committed by
23  Defendants in this judicial district involving the sale of products which infringe
24  Mixed Chicks' trademarks and trade dress.  The Defendants reside in this judicial
25  district.  Venue is therefore proper in this judicial district under 28 U.S.C.
26  §§ 1391(b).

27        6.     Venue is further proper in the Southern Division of the Central
28  District because a substantial part of the acts and omissions giving rise to Mixed

1 Chicks' claims occurred in the Southern Division of the Central District.

2 Specifically, Defendants have sold infringing products in the Southern Division of

3 the Central District.

4 **THE PARTIES**

5 7. Mixed Chicks is a California limited liability company, with its

6 principal place of business in Los Angeles County, State of California, and was

7 authorized to do, and is doing, business in the State of California at all times

8 relevant to this Complaint.

9 8. Mixed Chicks is informed and believes, and based thereon

10 alleges, that Sally Beauty Supply is, and at all times relevant to this Complaint

11 was, a Delaware limited liability company with its principal place of business in

12 Denton, Texas, and doing business in Los Angeles County and Orange County,

13 California. Sally Beauty Supply is a retailer of professional beauty supplies and

14 owns and operates approximately 2,700 Sally Beauty Supply stores worldwide.

15 Sally Beauty Supply claims to be the world's largest retailer of professional beauty

16 supplies.

17 9. Mixed Chicks is informed and believes, and based thereon

18 alleges, that Sally Holdings is, and at all times relevant to this Complaint was, a

19 Delaware limited liability company with its principal place of business in Denton,

20 Texas, and doing business in Los Angeles County and Orange County, California.

21 Mixed Chicks is further informed and believes, and based thereon alleges, that the

22 operations of Sally Beauty Supply are conducted through Sally Holdings.

23 10. Mixed Chicks is informed and believes, and based thereon

24 alleges, that Silk Elements is, and at all times relevant to this Complaint was, a

25 Delaware corporation with its principal place of business in Roswell, Georgia, and

26 doing business in Los Angeles County and Orange County, California. Mixed

27 Chicks is further informed and believes, and based thereon alleges, that Silk

28 Elements is the manufacturer of the "Mixed Silk" line of hair care products.

3
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1    11.    The true names and capacities, whether individual, corporate,
2    associate or otherwise, of Defendants named as Does 1 through 20, inclusive, are
3    unknown to Mixed Chicks, which therefore sues these Defendants by such
4    fictitious names. Mixed Chicks will seek leave of this Court to amend this
5    Complaint to include their proper names and capacities when they have been
6    ascertained. Mixed Chicks is informed and believes, and on that basis alleges, that
7    each of the fictitiously named Defendants participated in some manner or is
8    responsible or liable for the acts and omissions described in this Complaint and the
9    damage resulting therefrom.

10    12.    Mixed Chicks is informed and believes, and based thereon
11    alleges, that each of the Defendants named as Does 1 through 20, inclusive,
12    performed, participated in, aided or abetted, authorized, ratified, and/or acquiesced
13    in some manner, the acts and omissions alleged in this Complaint, proximately
14    caused the damages alleged below, benefited from such acts and omissions and is
15    liable to Mixed Chicks for the damages and relief sought in this Complaint.

16    13.    Mixed Chicks is informed and believes, and based thereon
17    alleges, that in participating in and/or performing the acts and omissions alleged in
18    the Complaint, the Defendants, including the Doe Defendants, and each of them,
19    were acting as the agents, servants, employees, alter egos, successors or
20    predecessors in interest, and/or contractors of the other Defendants, and were
21    acting within the course and scope of such relationship, with the knowledge,
22    express or implied, of each such other Defendants, at all times relevant to this
23    Complaint.

24                    **GENERAL ALLEGATIONS**

25                    *Mixed Chicks' Registered Trademark*

26    14.    Mixed Chicks designs, develops, manufactures, and markets
27    high-quality hair care products for curly hair, particularly the hair of multiracial or
28    "mixed" race individuals. Its products are the subject of trademark and trade dress

4

1  protections. Mixed Chicks sells its hair care products throughout the United States
2  and internationally, including in this judicial district.

3          15.     Mixed Chicks owns the MIXED CHICKS trademark and
4  possesses a valid and enforceable registration with United States Patent and
5  Trademark Office (Registration No. 3,083,281).

6          16.     Mixed Chicks has continuously used MIXED CHICKS in
7  connection with the promotion, advertising, and sale of Mixed Chicks' hair care
8  products since well before the acts of Defendants complained of herein.

9                          *Mixed Chicks' Hair Care Products*

10         17.     In or about 2004, Mixed Chicks introduced its line of
11  specialized, high-quality hair care products for multiracial or "mixed race"
12  individuals as well as for individuals of any race who have curly or frizzy hair.
13  Mixed Chicks has expended considerable resources in researching, developing,
14  manufacturing, testing, and advertising its hair care products, including Mixed
15  Chicks-brand Shampoo ("Mixed Chicks Shampoo"), Leave-In Conditioner
16  ("Mixed Chicks Leave-In Conditioner"), and Deep Conditioner ("Mixed Chicks
17  Deep Conditioner") (collectively, the "Mixed Chicks Hair Care Products"). In the
18  approximately seven years since the inception of Mixed Chicks, the company has
19  become the leader in the niche market of hair care products for multiracial
20  individuals and has built a reputation for manufacturing and selling hair care
21  products that are effective and of high quality.

22         18.     The overall appearance of the Mixed Chicks Hair Care Products
23  is inherently distinctive and nonfunctional. The unique and distinctive appearance
24  of each of the Mixed Chicks Hair Care Products results from a combination of
25  individual features, including, but not limited to:

26         (a)     Mixed Chicks Shampoo: (i) the size and shape of the bottle,
27  specifically, a cylindrical plastic bottle with straight sides that narrow at the cap
28  (ii) the color of the bottle, which is translucent such that the liquid product inside

1  the bottle itself gives the bottle the appearance of the liquid; (iii) the color, scent,
2  and texture of the liquid product inside the bottle; (iv) the Mixed Chicks® logo
3  appearing on the upper third of the side of the bottle in a colored, stylized font;
4  (v) the words "gentle clarifying" printed alongside "Shampoo" in advertisements
5  for the Mixed Chicks Shampoo; and (vi) the words "gently cleanse" printed
6  directly below the Mixed Chicks® logo and the word shampoo on the face of the
7  bottle;

8        (b) Mixed Chicks Leave-In Conditioner: (i) the size and shape of the
9  bottle, specifically, a cylindrical plastic bottle with straight sides that narrow at the
10  cap (ii) the color of the bottle, which is translucent such that the yellow liquid
11  product inside the bottle gives the bottle itself the appearance of the liquid; (iii) the
12  color, scent, and texture of the liquid product inside the bottle; (iv) the Mixed
13  Chicks® logo appearing on the upper third of the side of the bottle in a colored,
14  stylized font; and (v) the product name "Leave-in Conditioner";

15        (c) Mixed Chicks Deep Conditioner: (i) the size and shape of the
16  container, specifically, a plastic cylindrical jar 3 inches in diameter and 2 ½ inches
17  high with screw-on lid; (ii) the color of the container, specifically, a translucent
18  plastic cylindrical jar with a matte, natural frosted white sticker around the entire
19  circumference of the container and a clear plastic screw-on lid containing an
20  opaque, white insert; (iii) the color, scent, and texture of the liquid product, which
21  is a white cream; (iv) the Mixed Chicks® logo appearing on the side of the bottle
22  in a colored, stylized font; (v) the name of the product, "Deep Conditioner," in a
23  colored font (vi) the description of the product below the Mixed Chicks® logo and
24  the name of the product (*i.e.*, "Deep Conditioner") on the face of the bottle,
25  commencing noticeably with the word "nourish."

26        19.    Through Mixed Chicks' promotional and advertising efforts,
27  the overall appearance of the Mixed Chicks Hair Care Products has become widely
28  known and recognized, and the trade dress of the Mixed Chicks Hair Care Products

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1   has acquired secondary meaning.

2         20.    Mixed Chicks has continuously used the current overall
3   appearance of the Mixed Chicks Hair Care Products in connection with the
4   promotion, advertising, and sale of those products since well before the acts
5   complained of herein.

6                   *Defendants' Infringing Products and Advertising*

7         21.    Defendants are offering for sale, advertising, and selling
8   imitations of the Mixed Chicks Hair Care Products under the "Mixed Silk" brand,
9   including Gentle Cleansing Shampoo ("Mixed Silk Shampoo"), Leave-in
10  Conditioning Crème ("Mixed Silk Leave-In Conditioner"), and Nourishing Deep
11  Conditioner ("Mixed Silk Deep Conditioner") (collectively, the "Mixed Silk Hair
12  Care Products"). Mixed Chicks is informed and believes, and based thereon
13  alleges, that Defendants caused these imitation hair care products to enter into
14  interstate commerce.

15        22.    The overall appearance of each of the Mixed Silk Hair Care
16  Products is virtually identical to the overall appearance of the corresponding Mixed
17  Chicks Hair Care Product.

18        23.    Mixed Silk Hair Care Products strongly resemble genuine
19  Mixed Chicks Hair Care Products and are likely to confuse consumers as to the
20  affiliation, connection or association of the "Mixed Silk" brand hair care products
21  sold at Sally Beauty Supply stores with Mixed Chicks, or as to the origin,
22  sponsorship, or approval of the Mixed Silk Hair Care Products.

23        24.    Mixed Silk Hair Care Products use and affix words or marks
24  which are confusingly similar to Mixed Chicks' Registered Trademark, in such a
25  way that these marks are likely to cause confusion, or to cause mistake, or to
26  deceive as to the origin of the Mixed Silk Hair Care Products.

27        25.    The presence of Mixed Silk Hair Care Products in the
28  marketplace and in advertising injures and damages the value of Mixed Chicks'

7

1 | exclusive rights in its Registered Trademark and in its trade dress for the overall
2 | appearance of the Mixed Chicks Hair Care Products. Among other things, Mixed
3 | Chicks has suffered advertising injury due to Mixed Chicks' selling, offering for
4 | sale, and advertising of the Mixed Silk Hair Care Products.

5 | *Defendants' Acts of Blatant Infringement and Unfair Competition*

6 | 26. Mixed Chicks is informed and believes, and based thereon
7 | alleges, that Defendants have offered for sale, advertised, and sold the Mixed Silk
8 | Hair Care Products with the intent to benefit from Mixed Chicks' goodwill and
9 | reputation in the mixed race hair care product market, to deceive the public as to
10 | the source or origin of Defendants' imitation hair care products, and to profit from
11 | the demand created by Mixed Chicks' specialized, high-quality hair care products.

12 | 27. Defendants have used and affixed marks confusingly similar to
13 | MIXED CHICKS in connection with advertising, sales and/or offers for sale of the
14 | Mixed Silk Hair Care Products in such a way that these marks are likely to cause
15 | confusion, or to cause mistake, or to deceive as to the origin of the Mixed Silk Hair
16 | Care Products.

17 | 28. Mixed Chicks is informed and believes, and based thereon
18 | alleges, that Defendants, and each of them, through their servants and/or agents,
19 | have used in connection with sales and/or offers for sale of the Mixed Silk Hair
20 | Care Products false designations of origin, false or misleading descriptions of fact,
21 | and/or false or misleading representations of fact, which are likely to cause
22 | confusion, or to cause mistake, or to deceive as to the origin of the Mixed Silk Hair
23 | Care Products with the intent to benefit from Mixed Chicks' reputation and
24 | goodwill in the curly hair and/or mixed race hair care product market, to deceive
25 | the public as to the origin of Defendants' imitation hair care products, and to profit
26 | from the demand created by Mixed Chicks for its specialized, high-quality hair
27 | care products.

28 |

8
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1           29.    Defendants sell, offer to sell, and/or market the Mixed Silk Hair

2   Care Products at, among other places and media, Sally Beauty Supply stores

3   located nationwide and through the Internet website for Sally Beauty Supply

4   stores, www.sallybeauty.com (the "Sally Beauty Website"). Each and every page

5   of the Sally Beauty Website, including, without limitation, the "Home" page,

6   contains a search engine in which a consumer can type in a product name or

7   description and search the catalog of products sold by Sally Beauty Supply online

8   and/or at Sally Beauty Supply stores based on the terms entered by the consumer.

9   Sally Beauty Supply has programmed or caused to be programmed the search

10   engine on the Sally Beauty Website so that, as of the date of the filing of this

11   Complaint, when a consumer searches for the terms "mixed chicks," the search

12   returns three results (and no others) comprising of the three Mixed Silk Hair Care

13   Products that are imitations of the trio of Mixed Chicks Hair Care Products.

14   Similarly, when a consumer searches the Sally Beauty Website for the terms

15   "mixed chicks shampoo," "mixed chicks conditioner," "mixed chicks deep

16   conditioner," and "mixed chicks leave in conditioner," the search returns only the

17   corresponding imitation Mixed Silk Hair Product. Mixed Chicks is informed and

18   believes, and based thereon alleges, that Defendants, and each of them,

19   programmed or caused the search engine on the Sally Beauty Website to operate in

20   this manner to cause confusion or mistake, or to deceive as to the origin of the

21   Mixed Silk Hair Care Products with the intent to benefit from Mixed Chicks'

22   reputation and goodwill. Indeed, the operation of the search engine on the Sally

23   Beauty Website is likely to cause confusion, or to cause mistake, or to deceive as

24   to the origin of the Mixed Silk Hair Care Products.

25                              **FIRST CLAIM FOR RELIEF**

26            **(Infringement of Registered Trademark – Lanham Act § 32,**

27                        **Against All Defendants)**

28           30.    Mixed Chicks realleges and incorporates by reference the

1 allegations contained in paragraphs 1 through 29, inclusive, of this Complaint as if
2 fully set forth herein.

3      31.    The MIXED CHICKS trademarks is inherently distinctive and
4 has acquired secondary meaning among consumers of beauty products.  Purchasers
5 associate the MIXED CHICKS trademarks only with Mixed Chicks' products.
6 This is a result of the mark's inherent distinctiveness, and of extensive advertising
7 and sales throughout the United States and internationally of Mixed Chicks' Hair
8 Care Products bearing the MIXED CHICKS trademark.

9      32.    By committing the acts alleged herein, Defendants, and each of
10 them, have intentionally, knowingly, and willfully infringed the MIXED CHICKS
11 trademark.

12      33.    Because of Defendants' infringement, Mixed Chicks has been
13 irreparably harmed in its business.  Moreover, Mixed Chicks will continue to
14 suffer irreparable harm unless Defendants are restrained from infringing the
15 MIXED CHICKS trademark.

16         **SECOND CLAIM FOR RELIEF**

17   **(Trade Dress Infringement and False Designation of Origin – Lanham Act**
18          **§ 43(a), Against All Defendants)**

19      34.    Mixed Chicks realleges and incorporates by reference the
20 allegations contained in paragraphs 1 through 33, inclusive, of this Complaint as if
21 fully set forth herein.

22      35.    By reason of Defendants' acts complained of herein concerning
23 the Mixed Silk line of hair care products, Defendants, and each of them, have
24 intentionally engaged in conduct that constitutes false advertising, a false
25 designation of origin, a false or misleading description of fact, a false or
26 misleading representation of fact tending wrongfully and falsely to describe or
27 represent a connection between Mixed Chicks' and Defendants' goods, and an
28 infringement of Mixed Chicks' trade dress rights in violation of 15 U.S.C. §

1   1125(a).  Mixed Chicks believes that customers are likely to be confused by

2   Defendants' use of such false designations of origin, false descriptions or

3   representations regarding Mixed Chicks' and Defendants' goods, and by

4   Defendants' confusingly similar trade dress.

5          36.    In addition, Defendants' trade dress infringement, coupled with

6   their false designations of origin, false descriptions, and misrepresentations,

7   including in advertising, regarding Mixed Chicks' and Defendants' goods, is likely

8   to confuse hair care product purchasers into thinking that Mixed Chicks is the

9   source of Defendants' Mixed Silk Hair Care Products, that Mixed Chicks has

10  sponsored those hair care products, that those hair care products are in some

11  manner affiliated with Mixed Chicks, or that those hair care products are the same

12  as Mixed Chicks' hair care products.

13         37.    Because of Defendants' conduct, Mixed Chicks has been

14  irreparably harmed in its business.  Moreover, Mixed Chicks will continue to

15  suffer irreparable harm unless Defendants are restrained from infringing Mixed

16  Chicks' trade dress and making false designations of origin, false descriptions, or

17  misrepresentations regarding Mixed Chicks' and Defendants' goods.

18                          **THIRD CLAIM FOR RELIEF**

19        **(Trademark Infringement – California Law, Against All Defendants)**

20         38.    Mixed Chicks realleges and incorporates by reference the

21  allegations contained in paragraphs 1 through 37, inclusive, of this Complaint as if

22  fully set forth herein.

23         39.    By reason of the acts complained of herein, Defendants, and

24  each of them, have intentionally caused a likelihood of confusion among the

25  public, competed unfairly, and committed unconscionable, unfair and deceptive

26  acts in the conduct of trade or commerce in violation of California law.

27         40.    Because of Defendants' conduct, Mixed Chicks has been

28  irreparably harmed in its business.  Moreover, Mixed Chicks will continue to

1 | suffer irreparable harm unless Defendants are restrained from competing unfairly
2 | and committing unconscionable, unfair and deceptive acts.

3 | **FOURTH CLAIM FOR RELIEF**

4 | **(Common Law Unfair Competition, Against All Defendants)**

5 |     41.    Mixed Chicks realleges and incorporates by reference the
6 | allegations contained in paragraphs 1 through 40, inclusive, of this Complaint as if
7 | fully set forth herein.

8 |     42.    By reason of the acts complained of herein, Defendants, and
9 | each of them, have unfairly competed with Mixed Chicks in violation of the
10 | common law of the State of California.

11 |     43.    Because of this unfair competition, Mixed Chicks has been
12 | irreparably harmed in its business.

13 |     44.    Mixed Chicks is informed and believes, and based thereon
14 | alleges, that Defendants' acts have been done oppressively, fraudulently and
15 | maliciously and with an intent to trade upon the goodwill of Mixed Chicks and to
16 | injure Mixed Chicks.

17 |     45.    Mixed Chicks is informed and believes, and based thereon
18 | alleges, that Defendants will continue the acts of unfair competition described
19 | above to the irreparable injury of Mixed Chicks and the public unless restrained
20 | and enjoined.

21 | **PRAYER**

22 |     WHEREFORE, Mixed Chicks prays for judgment against Defendants,
23 | and each of them, as follows:

24 |     1.    That Defendant, and all of Defendants' agents, servants,
25 | employees, and attorneys, and all other persons in active concert or participation
26 | with Defendant who receive actual notice of the injunction, be temporarily,
27 | preliminarily and permanently enjoined from:
28 |

1          (a)    advertising, promoting, marketing, offering for sale,

2    selling or otherwise disposing of the Mixed Silk Hair Care Products, or any of

3    them;

4          (b)    infringing the MIXED CHICKS trademark;

5          (c)    using a trade dress confusingly similar to Mixed Chicks'

6    trade dress in the overall appearance of its Mixed Chicks Shampoo, Mixed Chicks

7    Deep Conditioner, and Mixed Chicks Leave-In Conditioner in connection with the

8    advertising, promotion, marketing, sale, or other disposal of Defendants' products

9    or making any designations of origin, descriptions or representations that Mixed

10   Chicks is the source of Defendants' imitation hair care products, that Mixed Chicks

11   has sponsored Defendants' imitation hair care products, that Defendants' imitation

12   hair care products are in some manner affiliated with Mixed Chicks, or that

13   Defendants' imitation hair care products are the same as Mixed Chicks' hair care

14   products; and

15          (d)    otherwise deceptively or unfairly competing with Mixed

16   Chicks in the sale of hair care products for individuals with curly hair or mixed

17   race individuals;

18          2.    That Mixed Chicks be awarded damages in an amount to be

19   determined at trial based on Defendants':

20          (a)    infringement of the MIXED CHICKS trademark;

21          (b)    infringement of Mixed Chicks' distinctive trade dress in

22   the overall appearance of its Mixed Chicks Hair Care Products;

23          (c)    false designations of origin, descriptions and

24   representations regarding the Mixed Silk Hair Care Products; and

25          (d)    acts of unfair competition against Mixed Chicks;

26

27

28

1        3.    That Mixed Chicks be awarded under 15 U.S.C. § 1117(a) the

2 total profits received by Defendants from, and any damages sustained by Mixed

3 Chicks as a result of, Defendants' sales of all products infringing the MIXED

4 CHICKS trademark or trade dress in the overall appearance of its Mixed Chicks

5 Hair Care Products, in an amount to be determined at trial;

6        4.    That Mixed Chicks be awarded under 15 U.S.C. § 1117(a)

7 enhanced damages up to three times the amount found as actual damages for

8 Defendants' trade dress and trademark infringement and false designations of

9 origin, descriptions and representations, in an amount to be determined at trial;

10        5.    That Mixed Chicks be awarded damages sustained as a result of

11 Defendants' unfair competition, in an amount to be determined at trial;

12        6.    That Mixed Chicks be awarded punitive damages for

13 Defendants' oppressive, fraudulent and malicious acts of unfair competition;

14        7.    That Defendants be ordered to deliver to Mixed Chicks for

15 destruction all labels, signs, prints, packages, wrappers, receptacles, advertising

16 materials, or products that bear trade dress confusingly similar to Mixed Chicks'

17 distinctive trade dress; bear marks confusingly similar to the MIXED CHICKS

18 registered trademark; or that result in any unfair competition by Defendants against

19 Mixed Chicks;

20        8.    That Defendants be ordered to make a written report within a

21 reasonable period, to be filed with the Court, detailing the manner of their

22 compliance with the requested injunctive and mandatory relief above;

23        9.    That Mixed Chicks be awarded its reasonable attorney fees and

24 costs of suit under 15 U.S.C. § 1117(a) and 35 U.S.C. § 285; and

25       10.   That Mixed Chicks be awarded such other relief as the Court

26 may deem just and proper.

27

28

1

## **DEMAND FOR JURY TRIAL**

2          Mixed Chicks hereby demands a jury trial in the above-captioned

3   action as to all issues triable to a jury.

4

5   DATED: March 22, 2011                    HAYNES AND BOONE, LLP

6

7                                            By:_____

8                                               Kenneth G. Parker
                                                Attorneys for Plaintiff
9                                               MIXED CHICKS LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## SACV11- 452 AG (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Kenneth G. Parker (SBN 182911)
Alan R. Wechsler (SBN 213701)
HAYNES AND BOONE, LLP
18100 Von Karman Ave., Suite 750
Irvine, California 92612
Tel: 949.202.3000  Fax: 949.202.3001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXED CHICKS LLC, a California limited liability company,<br><br>PLAINTIFF(S)<br>v. | CASE NUMBER<br><br>**SACV11-00452 AG (FMOx)** |
| SALLY BEAUTY SUPPLY LLC, a Delaware limited liability company; SALLY HOLDINGS LLC, a Delaware limited liability company; SILK ELEMENTS, INC., a Delaware corporation,<br>DEFENDANT(S). | **SUMMONS** |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____Kenneth G. Parker_____, whose address is Haynes and Boone, LLP, 18100 Von Karman Ave., Suite 750, Irvine, CA 92612_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: March 22, 2011

By: _____
    **AMY DeAVILA**
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>MIXED CHICKS LLC | DEFENDANTS<br>SALLY BEAUTY SUPPLY LLC, a Delaware limited liability company; SALLY HOLDINGS LLC, a Delaware limited liability company; SILK ELEMENTS, INC., a Delaware corporation |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, same.)<br><br>Kenneth G. Parker, Haynes and Boone, LLP<br>18100 Von Karman Avenue, Suite 750, Irvine, CA 92612<br>Tel: (949) 202-3000 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §1114 et seq., trademark and trade dress infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER<br>PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV11-00452 AG (FMOx)

**CONFORMED COPY**

FOR OFFICE USE ONLY:  Case Number:_____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Mixed Chicks LLC - Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SALLY BEAUTY SUPPLY LLC - Orange<br>SALLY HOLDINGS LLC - Orange<br>SILK ELEMENTS, INC. - Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All claims - Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date March 22, 2011

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |