HAYNES AND BOONE, LLP
Kenneth G. Parker/Bar No. 182911
  kenneth.parker@haynesboone.com
Alan R. Wechsler/Bar No. 213701
  alan.wechlser@haynesboone.com
18100 Von Karman, Suite 750
Irvine, CA 92612
(949) 202-3000

Attorneys for Plaintiff
MIXED CHICKS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXED CHICKS LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SALLY BEAUTY SUPPLY LLC, a Delaware limited liability company; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. SACV11-452-AG (FMOx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br><br>Honorable Andrew J. Guilford<br><br><br>Trial Date:  October 16, 2012 |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mixed Chicks LLC and Defendant Sally Beauty Supply LLC hereby dismiss all claims in the above-captioned action with prejudice. Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

DATED: November 28, 2012

| HAYNES AND BOONE, LLP | ALSTON & BIRD LLP |
|---|---|
| /s/ Kenneth G. Parker | /s/ David J. Stewart |
| KENNETH G. PARKER | MITRA M. ESKANDARI-AZARI |
| California Bar No. 182911 | California Bar No. 261978 |
| kenneth.parker@haynesboone.com | mitra.azari@alston.com |
| ALAN R. WECHSLER | JONATHAN M. GORDON |
| California Bar. No. 213701 | California Bar. No. 82202 |
| alan.wechsler@haynesboone.com | jonathan.gordon@alston.com |
| CASEY H. KEMPNER | 333 South Hope Street, 16th Floor |
| California Bar. No. 272149 | Los Angeles, California 90071 |
| casey.kempner@haynesboone.com | Telephone: (213) 576-1000 |
| 18100 Von Karman, Suite 750 | Facsimile: (213) 576-1100 |
| Irvine, California 92612 | |
| Telephone: (949) 202-3000 | DAVID J. STEWART (*Pro Hac Vice*) |
| Facsimile: (949) 202-3001 | david.stewart@alston.com |
| | ROBERT L. LEE (*Pro Hac Vice*) |
| *Attorneys for Plaintiff* | bob.lee@alston.com |
| *Mixed Chicks LLC* | KATHRYN W. BINA (*Pro Hac Vice*) |
| | kitty.bina@alston.com |
| | |
| | *Attorneys for Defendant Sally Beauty Supply LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012, I filed the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

          /s/ Kenneth G. Parker
              Kenneth G. Parker